**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-4182**

_____

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

ANTONIO COLLINS,

    Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (2:08-cr-00283-1)

_____

Submitted:  July 30, 2010    Decided:  August 10, 2010

_____

Before TRAXLER, Chief Judge, and NIEMEYER and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mary Lou Newberger, Federal Public Defender, Jonathan D. Byrne, Appellate Counsel, Christian M. Capece, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Charleston, West Virginia, for Appellant.  Charles T. Miller, United States Attorney, Monica L. Dillon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Collins pleaded guilty to being a felon in possession of a firearm, in violation of 28 U.S.C. §§ 922(g)(1) and § 924(a)(2). Pursuant to a plea agreement, Collins preserved his right to appeal the denial of his motion to suppress evidence of the firearm seized from his person during a pat-down of his clothing, conducted in conjunction with the search of a vehicle in which he was riding as a passenger. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Collins, 650 F.Supp.2d 527 (S.D.W.Va. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED